IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL R. SMITH**<br><br>  *Plaintiff*<br>v.<br><br>**STEPHEN S. MCKINNEY, et al.,**<br><br>  *Defendants* | **Case No. 2:22-cv-02983-JDW** |

## ORDER

**AND NOW**, this 6th day of October, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Summary judgment is **GRANTED** as to Counts I and II for claims arising from the arrest and the denial of medical care;

2. Summary judgment is **GRANTED** as to all claims against Chief Francis Peterson;

3. Summary judgment is **GRANTED** as to all claims against Rising Sun;

4. Summary judgment is **GRANTED** as to all claims of negligent infliction of emotional distress; and

5.      Summary judgment is **DENIED** as to excessive force, failure to intervene, intentional infliction of emotional distress, assault, and battery.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.